In the Matter of MARVIN P., Appellant, v KATHLEEN M. RICE, Nassau County District Attorney, et al., Respondents.

Submitted December 17, 2012; decided January 15, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.